# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2022

## NO. 03-21-00046-CV

**Pools Unlimited, Inc.; Randy Lee Morrow; and Rhonda Jean Morrow, Appellants**

**v.**

**John Houchens and Brenda Houchens, Appellees**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on January 14, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment  Therefore, the Court reverses the trial court's judgment as to appellees' fraudulent-lien claim and breach-of-contract claim, including the trial court's award of actual damages, exemplary damages, attorney's fees, and expenses. The Court remands appellees' fraudulent-lien claim and breach-of-contract claim for a new jury trial. The Court affirms that portion of the judgment ordering that appellants take nothing on their breach-of-contract claim. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.